**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Elizabeth F. Vieyra*
*Assistant United States Attorney*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
*elizabeth.vieyra@usdoj.gov*

*main: (856) 757-5139*
*direct: (856) 757-5031*

September 1, 2026

Via ECF
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Bertnard Zuniga v. Mullin, et al.*, No. 26-cv-11088 (RK)**
**Update Regarding Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 1:39 a.m. on September 1, 2026. ICE will verify whether any property remains outstanding and, if so, will make arrangements to locate and return it to Petitioner. If ICE subsequently informs us that any property is lost or not returned, we will meet and confer with Petitioner's counsel on how to quickly resolve the issue without the need for judicial intervention. If attempts to meet and confer fail, we will promptly file a letter on the docket.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 1, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: _/s/ *Elizabeth F. Vieyra*_
ELIZABETH F. VIEYRA
Assistant United States Attorney
*Attorneys for Respondents*

Cc: Counsel of record (*via ECF*)